UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| BRANDON M. ELLEDGE | ) | |

ORDER

Pending before the Court is a Motion of Defendant Elledge to Review the Detention Order (Docket No. 61) orally announced by Magistrate Judge Griffin on December 14, 2012.

Judge Griffin has not filed a written Order of Detention that can be reviewed. Accordingly, this case is REFERRED to Judge Griffin with instructions to promptly enter a written order stating the factual and legal reasons for detention.

The parties shall have seven (7) days after the written order is entered to file further briefs regarding the Motion to Review the Detention Order (Docket No.61).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE