UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| ARTURO DELGADO, et al. | ) | |

ORDER

Pending before the Court are Defendant Susan Stansky's Motion For An Extension Of Time To File Pretrial Motions (Docket No. 102), and Defendant Derric Lee's Motion To Join Pleading Filed By Co-Defendant For Brief Extension Of Time To File Pre-Trial Motions (Docket No. 103). Through the Motions, the Defendants seek an extension of time until July 8, 2013 in which to file pretrial motions in this case.

The Motions are GRANTED. Accordingly, the deadline for filing pretrial motions for all Defendants is extended to July 8, 2013.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE